```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                       CASE NO. 07 B 01631
      LARRY WILSON
      MOLEASA LOGGINS                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
      SSN XXX-XX-7153    SSN XXX-XX-3284

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/31/07 and confirmed on 06/07/07.

     2.  The case was converted to Chapter 7 after confirmation, 02/12/2009.

     3.  The Debtor paid a total of $  29622.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG         .00            .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE      7233.47           .00         7233.47
HSBC                       SECURED               .00            .00            .00
HSBC                       MORTGAGE ARRE      1577.52           .00         1239.40
CHRYSLER FINANCIAL SVC A   SECURED VEHIC     11832.40         666.31       11832.40
NUVELL CREDIT COMPANY LL   SECURED VEHIC      5580.00         260.61        5580.00
WACHOVIA DEALER SERVICES   SECURED VEHIC         .00            .00            .00
ALL FINANCIAL INC          UNSECURED         NOT FILED          .00            .00
ALL FINANCIAL INC          UNSECURED         NOT FILED          .00            .00
ACTION CARD MASTERCARD P   UNSECURED          513.14            .00            .00
AMERICASH LOANS            UNSECURED         5613.81            .00            .00
AMERICASH LOANS            UNSECURED         3310.05            .00            .00
AMERILOAN                  UNSECURED         NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED          .00            .00
ASPIRE VISA                UNSECURED         1492.89            .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED          196.45            .00            .00
CAPITAL ONE BANK           UNSECURED          961.20            .00            .00
CITIFINANCIAL              UNSECURED        11770.00            .00            .00
DEVON FINANCIAL SERVICE    UNSECURED          357.77            .00            .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
HB CARSONS                 UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          830.83            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         1309.49            .00            .00
HSBC                       UNSECURED         NOT FILED          .00            .00
TIMBER HILL INVESTMENTS    UNSECURED         NOT FILED          .00            .00
MTE FINANCIAL SRVS         UNSECURED         NOT FILED          .00            .00
CASH TRANSFER CENTER       UNSECURED         NOT FILED          .00            .00
```

```
PAYDAY LOAN STORE           UNSECURED        NOT FILED              .00           .00
SALLIE MAE GUARANTEE SER    UNSECURED        13949.92               .00           .00
ECAST SETTLEMENT CORPORA    UNSECURED          405.26               .00           .00
SHORT TERM LOANS LLC        UNSECURED         1177.00               .00           .00
ROUNDUP FUNDING LLC         UNSECURED          177.61               .00           .00
ROUNDUP FUNDING LLC         UNSECURED          192.46               .00           .00
UNITED CASH LOANS           UNSECURED        NOT FILED              .00           .00
ZIP CASH LLC                UNSECURED        NOT FILED              .00           .00
MY CASH NOW                 UNSECURED        NOT FILED              .00           .00
NUVELL CREDIT COMPANY LL    UNSECURED         3009.14               .00           .00
CHRYSLER FINANCIAL SVC A    UNSECURED         9465.49               .00           .00
AMERICASH LOANS             UNSECURED         1480.94               .00           .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED   26223.39         .00     56213.45         .00       82436.84
PRINCIPAL PAID       25885.27         .00          .00         .00       25885.27
INTEREST PAID          926.92         .00          .00         .00         926.92
TOTAL PAID           26812.19         .00          .00         .00       26812.19
```

The Debtor's attorney, STUART B HANDELMAN              , was allowed $   2500.00
and was paid $   1000.00   direct and $   1500.00   through the plan.

The Trustee received $   1309.81 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/27/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 01631 LARRY WILSON & MOLEASA LOGGINS